AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 JUN 13 PM 12:00
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
2022 JUN 10 AM 7:45
LAS CRUCES, NEW MEXICO

United States of America
v.
Emigdio GONZALEZ-GAMBOA

Case No. 22MJ970

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Emigdio GONZALEZ-GAMBOA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Title 8 U.S.C. 1324 (a)(1)(A)(iii)--Any person who knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in teh U.S. in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield, from detection, such alien in any place, including any building or any means of transportation

Date: 6/9/2022

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/10/2022, and the person was arrested on *(date)* 06/10/2022
at *(city and state)* Anthony, NM.

Date: 06/13/2022

_____ (For HSI)
*Arresting officer's signature*

Steven Archuleta, DUSM
*Printed name and title*